# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Dodds,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Honeywell International Incorporated Disability Plan, et al.,<br><br>　　　　　　Defendants. | No. CV-14-00911-PHX-DJH<br><br>**ORDER** |

In accordance with the parties Stipulated Motion to Dismiss Case With Prejudice (Doc. 26),

**IT IS HEREBY ORDERED**, that this matter and Defendants Honeywell International Inc. Short-Term Disability Plan, Honeywell International Inc. and Life Insurance Company of North America are dismissed, with prejudice.  Each side will bear its own attorney's fees and costs.

Dated this 8th day of September, 2014.

_____
Diane J. Humetewa
United States District Judge